RECEIVED

AUG 2 7 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMES HEFREN | CIVIL ACTION NO. 12-1899 |
| VERSUS | JUDGE DOHERTY |
| MURPHY EXPLORATION & PROD. CO., USA, ET AL. | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons stated in the Memorandum Ruling dated August 27th, 2015,

IT IS ORDERED that the Objections filed by Murphy Exploration & Production Co., USA ("Murphy") to the Report and Recommendation [Doc. 104] of the Magistrate Judge are hereby OVERRULED and McDermott is awarded $95,504.85 in attorneys' fees and $45,077.85 in expenses, for a total of $140,582.70.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 27th day of August, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE